# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Marissa Voller, John Voller and
Kathleen Voller

V.

Bridgewater-Raynham Regional School
District, Ronald P. Gerhart,
Stephen G. Heaslip, David A. Chuckran,
Bette A. Bridges, a/k/a Bette A.
Bridges-Brody, and William R. Barber

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **05 10933 MLW**

TO: (Name and address of Defendant)

Bridgewater-Raynham Regional School District
777 Pleasant Street
Raynham, MA 02767-1561

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Paliotti, Esquire
GREENBAUM, NAGEL, FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  5-6-05

AO 440 (Rev. 10/93) Summons in a Civil Action

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

Bristol, ss.

May 12, 2005

I hereby certify and return that on 5/11/2005 at 03:09 pm I served a true and attested copy of the Summons and Verified Complaint, C.A. Cover Sheet, Exhibits A-D in this action in the following manner: To wit, by delivering in hand to Katherine Faunce, agent, person in charge at the time of service for Bridgewater-Raynham Regional School District, 777 Pleasant Street, Raynham, MA 02767.Copies ($2.00), Conveyance ($0.75), Travel ($16.00), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $56.50

Deputy Sheriff Brian Sweeney                                                        *Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        *Signature of Server*

_____
*Address of Server*

AO 440 (Rev. 10/93) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.