## UNITED STATES DISTRICT COURT

District of     Massachusetts

Marissa Voller, John Voller and
Kathleen Voller

### SUMMONS IN A CIVIL CASE

V.

Bridgewater-Raynham Regional School
District, Ronald P. Gerhart,
Stephen G. Heaslip, David A. Chuckran,
Bette A. Bridges, a/k/a Bette A.
Bridges-Brody, and William R. Barber

CASE NUMBER:

# 05 10933 MLW

TO: (Name and address of Defendant)

    David A. Chuckran
    16 Nottingham Drive
    Kingston, MA 02364-1133

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David J. Paliotti, Esquire
    GREENBAUM, NAGEL, FISHER & HAMELBURG
    200 High Street, 4th Floor
    Boston, MA 02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    5-6-05

CLERK                                                       DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
Plymouth, ss.

May 18, 2005

I hereby certify and return that on 5/17/2005 at 6:42PM I served a true and attested copy of the summons, verified complaint, exhibits, and civil cover sheet in this action in the following manner: To wit, by delivering in hand to David A. Chuckran at , 16 Nottingham Drive, Kingston, MA 02364. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($17.60), Postage and Handling ($1.00), Attest (2 copies) ($5.00) Total Charges $58.10

Deputy Sheriff Russell F. Tinkham, Jr.              *[signature]* Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.