# UNITED STATES DISTRICT COURT

District of Massachusetts

Marissa Voller, John Voller and
Kathleen Voller

## SUMMONS IN A CIVIL CASE

V.

Bridgewater-Raynham Regional School
District, Ronald P. Gerhart,
Stephen G. Heaslip, David A. Chuckran,
Bette A. Bridges, a/k/a Bette A.
Bridges-Brody, and William R. Barber

CASE NUMBER: **05 10933 MLW**

TO: (Name and address of Defendant)

    Bette A. Bridges, a/k/a Bette A. Bridges-Brody
    38 Summersea Road
    Mashpee, MA 02649-3833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David J. Paliotti, Esquire
    GREENBAUM, NAGEL, FISHER & HAMELBURG
    200 High Street, 4th Floor
    Boston, MA 02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_Catherine M Sawicki_
(By) DEPUTY CLERK

DATE: 5-6-05

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              *Signature of Server*

_____
*Address of Server*



**Barnstable County Sheriff's Office**

I hereby certify and return that on **May 13, 2005 at 1:30 PM** I served a true and attested copy of Summons, Complaint, Civil Action Cover Sheet & Category Sheet, to the within named Defendant, Bette A. Bridges a/k/a Bette A. Bridges-Brody, by leaving at the last and usual abode to wit: 38 Summersea Road, Mashpee, MA 02649, and by mailing 1st class a copy of the Summons to the Defendant at the stated address on May 13, 2005.

Fee:    $41.40

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannisport, MA 02672