## UNITED STATES DISTRICT COURT

District of  Massachusetts

Marissa Voller, John Voller and
Kathleen Voller

**SUMMONS IN A CIVIL CASE**

V.

Bridgewater-Raynham Regional School
District, Ronald P. Gerhart,
Stephen G. Heaslip, David A. Chuckran,
Bette A. Bridges, a/k/a Bette A.
Bridges-Brody, and William R. Barber

CASE NUMBER: 05 10933 MLW

TO: (Name and address of Defendant)

William R. Barber
119 Elizabeth Drive
Raynham, MA 02767-1502

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Paliotti, Esquire
GREENBAUM, NAGEL, FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

5-6-05

DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.                                                            May 12, 2005

I hereby certify and return that on 5/11/2005 at 02:48 pm I served a true and attested copy of the Summons and Verified Complaint, C.A. Cover Sheet, Exhibits A-D in this action in the following manner: To wit, by leaving at the last and usual place of abode of William R. Barber, 119 Elizabeth Drive Raynham, MA 02767 and by mailing first class mail to the above-mentioned address on 5/12/2005. Copies ($4.00), Conveyance ($0.75), Travel ($16.00), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $54.00

_____
Deputy Sheriff

Deputy Sheriff Brian Sweeney

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.