UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10933MLW

| | |
|---|---|
| MELISSA VOLLER, JOHN VOLLER <br> and KATHLEEN VOLLER <br> Plaintiffs <br><br> v. <br><br> BRIDGEWATER-RAYNHAM SCHOOL <br> DISTRICT, RONALD P. GERHART, <br> STEPHEN G. HEASLIP, DAVID A. <br> CHUCKRAN, BETTE A. BRIDGES, <br> a/k/a BETTE A. BRIDGES-BRODY, <br> and WILLIAM A. BARBER <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter our appearance as counsel for Defendants Bridgewater-Raynham School District, Ronald P. Gerhart, Stephen G. Heaslip, David A. Chuckran, Bette A. Bridges, a/k/a Bette A. Bridges-Brody and William Barber in relation to the above captioned matter

                                       The Defendants,
                                       BRIDGEWATER RAYNHAM REGIONAL
                                       SCHOOL DISTRICT, RONALD P. GERHART,
                                       STEPHEN G. HEASLIP, DAVID A. CHUCKRAN,
                                       BETTE A. BRIDGES a/k/a BETTE A. BRIDGES
                                       BRODY and WILLIAM BARBER
                                       By Their Attorneys,

                                       /s/ William P. Breen, Jr.
                                       William P. Breen, Jr. BBO #558768
                                       Rebecca L. Andrews, BBO #644846
                                       MURPHY, HESSE, TOOMEY & LEHANE, LLP.
                                       300 Crown Colony Drive, Suite 410
                                       Quincy, MA 02169
                                       (617) 479-5000

Dated: June 9, 2005

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 9th day of June 2005, he served a copy of the foregoing document, via first class mail, upon the following:

David J. Paliotti, Esq.
Greenbaum, Nagel, Fisher & Hamelburg
200 High Street, 4th Floor
Boston, MA 02110

William P. Breen, Jr.