UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-10933 MLW

| | |
|---|---|
| MARISSA VOLLER, JOHN VOLLER, and KATHLEEN VOLLER, <br> Plaintiffs <br><br> v. <br><br> BRIDGEWATER-RAYNHAM REGIONAL SCHOOL DISTRICT, RONALD P. GERHART, STEPHEN G. HEASLIP, DAVID A. CHUCKRAN, BETTE A. BRIDGES, a/k/a BETTE A. BRIDGES-BRODY, and WILLIAM R. BARBER, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' CERTIFICATION UNDER LR 16.4**

Now come the Plaintiffs and hereby certify pursuant to Local Rule 16.4, that they and their counsel have discussed a budget relative to the cost of prosecuting the claims raised in the above-captioned matter. The Plaintiffs also certify that they have had a discussion with their counsel regarding the availability of alternative dispute resolution programs which could be utilized.

Respectfully submitted,
Plaintiffs:


/s/ Marissa Voller
Marissa Voller

/s/ John Voller
John Voller


/s/ Kathleen Voller
Kathleen Voller

By Plaintiffs' Attorneys,


/s/ David J. Paliotti
David J. Paliotti, Esquire
BBO No. 547501
GREENBAUM, NAGEL,
FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA 02110
(617) 423-4300

## CERTIFICATE OF SERVICE

I, David J. Paliotti, Esquire, hereby certify that I have served a copy of the within document upon counsel of record for all parties this 7th day of February, 2006, by causing a copy of the same to be mailed by first class mail, postage prepaid.


/s/ David J. Paliotti
David J. Paliotti, Esquire

2