UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10933

Marissa Voller et al                          Bridgewater-Raynam
          PLAINTIFF                                   DEFENDANT

David Paliotti                                William Breen



          COUNSEL FOR PLAINTIFF              COUNSEL FOR DEFENDANT


JUDGE   Wolf              CLERK   O'Leary              REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|--------|----------------|
| 2/14/06 | Court gives its tentative views to the parties.  Court listens to oral arguments from the parties.  Court grants |
|  | the defendant's motion to dismiss and allows the plaintiff to amend the complaint.  Court gives its reasoning |
|  | for the decisions from the bench.  Court sets schedule for the filing deadlines and further hearing if necessary. |
|  | Order to issue. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |