UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-10933 MLW

| | |
|---|---|
| MARISSA VOLLER, JOHN VOLLER, and KATHLEEN VOLLER, <br>     Plaintiffs <br><br> v. <br><br> BRIDGEWATER-RAYNHAM REGIONAL SCHOOL DISTRICT, RONALD P. GERHART, STEPHEN G. HEASLIP, DAVID A. CHUCKRAN, BETTE A. BRIDGES, a/k/a BETTE A. BRIDGES-BRODY, and WILLIAM R. BARBER, <br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

# PLAINTIFFS' STATEMENT IN RESPONSE TO
# COURT ORDER DATED FEBRUARY 15, 2006

Plaintiffs Marissa Voller, John Voller and Kathleen Voller hereby give notice to the Court and the Defendants that they will not be filing an Amended Complaint with the Court and will instead be pursuing their claims against the Defendants in the Massachusetts State Court. As such, the Court may dismiss the claims in the above-captioned matter **without prejudice** in accordance with the Court's (Wolf, C.J.) Order dated February 15, 2006 for lack of subject matter jurisdiction.

        Respectfully submitted,
        By their attorneys,


_____/s/_____
David J. Paliotti, Esquire
BBO No. 547501
GREENBAUM, NAGEL,
FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA  02110
(617) 423-4300

    I hereby certify that a true copy of the above document was served upon counsel of record for each party by first class mail, postage prepaid, this 1st day of March, 2006.


____/s/_____
David J. Paliotti, Esquire
BBO No. 547501